AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moses, Barbara C. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>04/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 920
New York, NY 10007-1312

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President, Director | New York County Lawyers Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Morvillo Abramowitz Grand Iason & Anello PC - post termination fees | $53,424.49 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed - consultant |
| 2. 2016 | Self-employed - photographer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Barclays Mastercard | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Common Stock | A | Dividend | K | T | | | | | |
| 2. Berkshire Hathaway Class A Common Stock | | None | P2 | T | | | | | |
| 3. BlackRock Total International ex US Index Institutional | A | Dividend | K | T | Buy | 11/30/16 | K | | |
| 4. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 5. Citigroup Common Stock | A | Dividend | L | T | | | | | |
| 6. Crimson Wine Group Common Stock | | None | | | Sold | 01/08/16 | J | A | |
| 7. DFA US Large Cap Value | | None | M | T | Buy | 12/16/16 | M | | |
| 8. Doubleline Core Fixed Income Mutual Fund | D | Dividend | M | T | | | | | |
| 9. Goldman Sachs Muni Income Fund Mutual Fund | B | Dividend | L | T | | | | | |
| 10. Guggenheim Enhanced Short Duration ETF | A | Dividend | M | T | Buy | 07/15/16 | M | | |
| 11. Ironwood Pharmaceuticals Class A Common Stock | | None | O | T | | | | | |
| 12. Ironwood Pharmaceuticals Class B Common Stock | | None | P1 | T | | | | | |
| 13. iShares iBoxx Investment Grade Corporate Bond ETF | C | Dividend | | | Sold | 12/16/16 | M | | |
| 14. iShares MSCI EAFE ETF | C | Dividend | M | T | Buy | 02/24/16 | J | | |
| 15. | | | | | Sold (part) | 12/16/16 | K | | |
| 16. JM Smuckers Company Common Stock | B | Dividend | L | T | | | | | |
| 17. Leucadia National Corporation Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liberty Broadband Corp CMN Class A | | None | | | Sold | 01/07/16 | J | A | |
| 19. Liberty Broadband Corp CMN Class C | | None | | | Sold | 01/07/16 | J | B | |
| 20. Liberty Ventures CMN Series Class A | | None | | | Sold | 01/07/16 | J | A | |
| 21. Librty Intractve Corp QVC GRP Interactive | | None | | | Sold | 01/07/16 | J | D | |
| 22. Liberty Media Corp Series C Sirius XM | | None | J | T | Spinoff (from line 26) | 04/15/16 | J | | |
| 23. Liberty Media Corp Series A Sirius XM | | None | J | T | Spinoff (from line 27) | 04/15/16 | J | | |
| 24. Liberty Media Corp Series C Braves | | None | J | T | Spinoff (from line 26) | 04/15/16 | J | | |
| 25. Liberty Media Corp Series A Braves | | None | J | T | Spinoff (from line 27) | 01/15/16 | J | | |
| 26. Liberty Media Corp Del Com Ser C Media (f/k/a Liberty Media Corp Cl C) | | None | J | T | | | | | |
| 27. Liberty Media Corp Del Com Ser A Media (f/k/a Liberty Media Corp Cl A) | | None | J | T | | | | | |
| 28. Lowe's Companies Common Stock | A | Dividend | K | T | | | | | |
| 29. Matthews Asian Growth and Income Mutual Fund | C | Dividend | K | T | Sold (part) | 11/30/16 | K | | |
| 30. PowerShares Water Resources ETF | A | Dividend | J | T | | | | | |
| 31. Schwab Total Bond Market Mutual Fund | D | Dividend | M | T | | | | | |
| 32. The Southern Company Common Stock | | None | | | Sold | 01/07/16 | J | D | |
| 33. SPDR S&P 500 ETF | E | Dividend | O | T | | | | | |
| 34. T. Rowe Price International Stock Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Templeton Global Bond Mutual Fund | B | Dividend | L | T | | | | | |
| 36. Templeton Global Income Mutual Fund | A | Dividend | J | T | | | | | |
| 37. Tootsie Roll Industries Common Stock | A | Dividend | K | T | Sold (part) | 04/08/16 | J | A | |
| 38. Vanguard Extended Market ETF | B | Dividend | M | T | | | | | |
| 39. Vanguard Extended Market Mutual Fund | B | Dividend | L | T | | | | | |
| 40. Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 12/16/16 | K | | |
| 41. Vanguard FTSE Emerging Markets ETF | B | Dividend | M | T | Buy | 12/16/16 | L | | |
| 42. Vanguard High Dividend Yield ETF | D | Dividend | M | T | Sold (part) | 12/16/16 | N | F | |
| 43. Vanguard Intermediate-Term Tax-Exempt Mutual Fund | D | Dividend | O | T | Buy | 12/16/16 | M | | |
| 44. Vanguard Limited-Term Tax-Exempt Mutual Fund | B | Dividend | L | T | | | | | |
| 45. Vanguard Short-Term Investment Grade Mutual Fund | C | Dividend | M | T | | | | | |
| 46. Vanguard Total Bond Market ETF | D | Dividend | M | T | Buy | 12/16/16 | K | | |
| 47. Vanguard Total International Bond ETF | B | Dividend | | | Sold | 07/15/16 | M | D | |
| 48. Vanguard Total International Stock ETF | D | Dividend | N | T | Buy | 07/26/16 | K | | |
| 49. Schwab Government Securities Money Market | A | Interest | J | T | | | | | |
| 50. Goldman Sachs Bank Deposit Money Market | C | Interest | P1 | T | | | | | |
| 51. US Treasury Note 4.5% 2/15/16 FA on the Run | A | Interest | | | Matured | 02/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC Transitional Finance Auth Rev 3% 11/1/18 | B | Interest | K | T | | | | | |
| 53. Israel 6.05% 5/1/2013 3rd Jubillee Issue | A | Interest | | | Sold | 12/19/16 | J | A | |
| 54. JPMorgan Chase Bank Account | A | Interest | M | T | | | | | |
| 55. Bank of America Account | A | Interest | L | T | | | | | |
| 56. Canadian Imperial Bank of Commerce - New Account Opened | A | Interest | L | T | Open | 12/28/16 | K | | |
| 57. Citibank (IRA) (CD) | A | Interest | J | T | | | | | |
| 58. Citibank (IRA) Money Market | A | Interest | L | T | | | | | |
| 59. 401(k) Plan #1(H) | | | | | | | | | |
| 60. - Federated US Treasury Cash Reserves I Mutual Fund | A | Dividend | L | T | | | | | |
| 61. - PIMCO High Yield Admin Mutual Fund | A | Dividend | L | T | | | | | |
| 62. - Lazard International Strategic Equity Mutual Fund | A | Dividend | K | T | | | | | |
| 63. - Goldman Sachs Growth Opportunities A Mutual Fund | A | Dividend | L | T | | | | | |
| 64. Morvillo Abramowitz Target Benefit Plan (H) | | | | | | | | | |
| 65. T.Rowe Price 2020 Mutual Fund | C | Int./Div. | M | T | | | | | |
| 66. 401(k) Plan #2 (H) | | | | | | | | | |
| 67. - IBM Common Stock | A | Dividend | J | T | | | | | |
| 68. - Large Company Index Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Interest Income Fund | | None | J | T | | | | | |
| 70.   NY 529 Accounts (H) | | | | | | | | | |
| 71.   - Moderate Age-Based Option: Income Portfolio | A | Int./Div. | K | T | | | | | |
| 72.   - Moderate Age-Based Option: Conservative Growth | A | Int./Div. | K | T | | | | | |
| 73.   - Conservative Age-Based Option: Income Portfolio | A | Int./Div. | K | T | | | | | |
| 74.   - Interest Accumulation Portfolio | A | Int./Div. | K | T | | | | | |
| 75.   - Inflation-Protected Securities Portfolio | A | Int./Div. | K | T | | | | | |
| 76.   Treasury Direct | Savings Bonds | D | Interest | M | T | | | | | |
| 77.   Orrick Investments 2000 LLC | A | Distribution | J | W | | | | | |
| 78.   Orrick Investments 2001 LLC | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII (Investments and Trusts), Lines 11-12: Ironwood Pharmaceuticals Class A and Class B holdings were all reported as Class A Shares on the Initial Filing (line 8), with the correct Value Code assigned. No transactions (other than acquisition of a small number of shares by non-reportable gift from relative) occurred in 2016.

In Part VII (Investments and Trusts), Lines 20-27: To the best of my recollection, Liberty Media Corporation (Initial Report lines 13-14) spun-off a number of companies in 2016. These new holdings resulted from these spin-offs and not reportable transactions.

In Part VII (Investments and Trusts), Line 71: Moderate Age-Based Option: Income Portfolio. This position originated from an age-based 529 plan account that automatically moves more conservative (without any reportable transaction being initiated) as the child gets closer to college-aged. This entire position was formerly reported as 100% invested in the Moderate Age-Based Option: Conservative Growth Portfolio on line 62 of the Initial Filing.

In Part VII (Investments and Trusts), the New York 529 Account statements do not provide income detail. Therefore, dividend yield information from a reputable data source was used and income was estimated for the reporting period on a best-efforts basis.

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 04/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara C. Moses**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544